IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATRICK J. FITZGERALD,

                     Plaintiff,                         ORDER

                     v.                             07-C-61-C

JAMES GREER, Health Services Administration WDOC;
TIMOTHY CORRELL, MD, Dodge Correctional Institution;
DEB LEMKE, MD, Oshkosh Correctional Institution;
ROMAN Y KAPLAN, Health Services Unit, WDOC/OSCI;
NANCY BOWENS, Nurse Practitioner WDOC/OSCI; and
JENNIFER DELVAUX, Inmate Complaint Examiner, WDOC/OSCI,
THOMAS EDWARDS, PATRICIA VOERMANS and
WILLIAM POLLARD,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A scheduling hearing was held in this case on March 21, 2008.  Plaintiff was represented by Stephen Turanchik and Daniel Prince.  Defendants were represented by Francis X. Sullivan, Assistant Attorney General for the State of Wisconsin.

The parties agreed on a continuance of the motion for a preliminary injunction to April 15, 2008 at 1:00 p.m.

1

Following the hearing, it was discovered that other matters were scheduled at 1:00 p.m. Therefore, the hearing will begin at 2:00 p.m.  The parties are to arrange with the clerk of court for video testimony at the hearing.

Entered this 24th day of March, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge