# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

PATRICK J. FITZGERALD,

    Plaintiff,

v.

JAMES GREER, Health Services Administration WDOC; THOMAS EDWARDS, R.N.; TIMOTHY CORRELL, M.D., Dodge Correctional Institution; DEB LEMKE, M.D., Oshkosh Correctional Institution; ROMAN Y. KAPLAN, Health Services Unit, WDOC/OSCI; NANCY BOWENS, A.P.N.P., WDOC/OSCI; JENNIFER DELVAUX, Inmate Complaint Examiner, WDOC/OSCI, PATRICIA VOERMANS, Health Care Coordinator, Wisconsin Department of Corrections; and WILLIAM POLLARD, Warden, Green Bay Correctional Institution,

    DefendantS.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-061-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendantS.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin                                                                 6/12/08
by Deputy Clerk                                                              Date